AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Raul Estela | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 20-CV-6510 |
| Rochester Regional Health, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the complainti is dismissed with prejudice.                                                                                          .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   N/A                                                                                          .

Date:   12/20/2022                             *CLERK OF COURT*

                                                                s/Mary C. Loewenguth
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*